# NO. 12-18-00048-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: TONJA AUGMON,* | § | |
| *INDEPENDENT ADMINISTRATOR* | | |
| *OF THE ESTATE OF OBANELYVIA* | § | *ORIGINAL PROCEEDING* |
| *CUNNINGHAM,* | | |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Tonja Augmon, Independent Administrator of the Estate of Obanelyvia Cunningham, deceased filed an agreed motion to dismiss this original proceeding. The motion is signed by counsel for each party. Because Augmon has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), we ***grant*** the agreed motion, and ***dismiss*** this original proceeding. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered October 29, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 29, 2018

NO. 12-18-00048-CV

**TONJA AUGMON, INDEPENDENT ADMINISTRATOR
OF THE ESTATE OF OBANELYVIA CUNNINGHAM,**
Relator
V.

**HON. NATHANIEL Q. MORAN,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Tonja Augmon, Independent Administrator of the Estate of Obanelyvia Cunningham; who is the relator in Cause Nos. 42,220P, 38,086P & 42,817P, pending on the docket of the County Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on March 5, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*